# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | |
| Plaintiffs, | Case No. 1:24-cv-06760 |
| v. | Hon. Franklin U. Valderrama |
| STACIE GREENSPAN, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Vehicle and Property Insurance Company; and Defendant Stacie Greenspan hereby stipulate the dismissal of Defendant **Stacie Greenspan**, from Allstate's Complaint (ECF No. 1), with prejudice.

Respectfully submitted,

1. KING, TILDEN, MCETTRICK, & BRINK, P.C.

/s/ Douglas D. McInnis

_____

Douglas D. McInnis
dmcinnis@ktmpc.com
Illinois Bar No. 672935
Hugh C.M. Brady, Esq.
hbrady@ktmpc.com
Illinois Bar No. 682464
350 Granite St., Ste. 2204
Braintree, MA 02184
(617) 770-2214

Attorneys for the Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company,*
*Allstate Fire & Casualty Insurance Company, and*
*Allstate Vehicle and Property Insurance Company,*

2. GARDINER KOCH WEISBERG & WRONA

/s/ Clayton A. Mieszala

_____

Thomas Gardiner
Illinois Bar No. 6180243
tgardiner@gkwwlaw.com
Michelle Lagrotta
Illinois Bar No. 6293183
mlagrotta@gkwwlaw.com
Clayton A. Mieszala
Illinois Bar No. 6342452
cmieszala@gkwwlaw.com
500 Commercial Ct., Suite 300
Lake Geneva, WI 53147

Attorneys for the Defendant,
*Stacie Greenspan,*

Dated: December 6th, 2024

## CERTIFICATE OF SERVICE

I, Douglas D. McInnis, hereby certify that on the 6th day of December, 2024, I caused to be served via electronic mail, copies of the Stipulation of Dismissal pertaining to Stacie Greenspan, to the counsel and party listed below:

**Stacie Greenspan**

Attorneys:

Thomas Gardiner
tgardiner@gkwwlaw.com
Michelle Lagrotta
mlagrotta@gkwwlaw.com
Clayton A. Mieszala
cmieszala@gkwwlaw.com
Gardiner Koch Weisberg & Wrona
500 Commercial Ct., Suite 300
Lake Geneva, WI 53147


Date: December 6th, 2024

                                                         */s/ Douglas D. McInnis*
                                                         _____
                                                         Douglas D. McInnis